IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GREGORY D. WILLIAMS,

      Appellant,

v.

FEDERAL NATIONAL
MORTGAGE ASSOCIATION, et
al.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3970

Opinion filed September 20, 2016.

An appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

Gregory D. Williams, pro se, Appellant.

Roy A. Diaz and Adam A. Diaz of SHD Legal Group, P.A., Fort Lauderdale, for Appellee Federal National Mortgage Association; Alexandra de Alejo of Gray Robinson, Miami and David S. Hendrix of Gray Robinson, P.A., Tampa, for Appellee Suntrust Bank.

PER CURIAM.

      AFFIRMED.

WOLF, WINOKUR, and M.K. THOMAS, JJ., CONCUR.